IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL JACOBS,** | : | Civil No. 1:17-cv-0904 |
| Plaintiff, | : | |
| v. | : | |
| **COUNTY OF YORK, et al.,** | : | |
| Defendants. | : | **Judge Sylvia H. Rambo** |

## O R D E R

Before the court is a report and recommendation of the magistrate judge in which he recommends that Plaintiff's complaint be dismissed for failure to state a claim and that the outstanding motions be dismissed as moot. (Doc. 15.) No objections have been filed. Upon review of the report and recommendation, the court finds that it is supported by law. Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation is **ADOPTED**.

2) Plaintiff's complaint is **DISMISSED** for failure to state a claim.

3) Plaintiff's motion to appoint counsel (Doc. 7) is **DISMISSED** as moot.

4) Plaintiff's motion for an extension under 1042.3(d) (Doc. 8) is **DISMISSED** as moot.

5) Plaintiff's motion to resolve issue of PA. R.C.P. 1042.3 Under 1042.8 (Doc. 11) is **DISMISSED** as moot.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: March 18, 2019