IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**DANIEL JACOBS,** : Civil No. 1:17-cv-0904
:
**Plaintiff,** :
:
v. :
:
**COUNTY OF YORK, et al.,** :
:
**Defendants.** : **Judge Sylvia H. Rambo**

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Jacob's motion for reconsideration (Doc. 23) is **DENIED**.

                                      s/Sylvia H. Rambo
                                      SYLVIA H. RAMBO
                                      United States District Judge

Dated: April 25, 2019